UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SYLVETTE MCKENZIE,**

   Plaintiff,

v.                                    CASE NO.  3:18-cv-325-J-25JRK

**PROFIT SERVICES GROUP LLC**,

   Defendant.

## O R D E R

Pursuant to the Parties' Stipulation (Dkt. 13), it is

**ORDERED** that this case is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 15th day of June, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record